

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*     EMAIL: MKC@MKCLAWGROUP.COM

September 22, 2021

*Via ECF; Total Pages: 1*
Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Doncouse v. Marine Layer et al
            Docket No. 1:21-cv-5664-JMF

Dear Judge Furman:

    This office represents defendants, Marine Layer, Inc. and Grove TR LLC in the above referenced matter. Pursuant to Your Honor's Orders dated July 2, 2021 (Docs 5 & 6), the parties have been engaging in good faith settlement discussions, while at the same time seeking to schedule a Mediation session.

    The parties jointly submit this letter to respectfully request an adjournment of the October 13, 2021 scheduled Initial Pretrial Conference to December 3, 2021, or a date thereafter that is most convenient for the court. Pursuant to the Court's Order dated July 2, 2021 (Doc 5), the mediation should take place at least two weeks prior to the Initial Pretrial Conference. If this request is granted, it would allow the parties to complete mediation on or before November 19, 2021.

    The parties respectfully request the above adjournment to facilitate their direct good faith settlement discussions, costs savings for the parties, and effective use of the court's judicial resources.

    Thank you for your kind consideration and courtesies in addressing this matter.

                                                            Respectfully submitted,

                                                            *Michael K. Chong*

                                                            Michael K. Chong, Esq.

MKC/
cc: All Counsel (*Via ECF*)

---

**[Court endorsement, handwritten/stamped:]**

Application GRANTED. The conference currently scheduled for October 13, 2021, is hereby ADJOURNED to **December 3, 2021**, at **4:00 p.m.** Pursuant to the Court's July 2, 2021 Order, the parties shall schedule a mediation to take place no later than two weeks before the conference (i.e., November 19, 2021, assuming no further modifications to the schedule). The Clerk of Court is directed to terminate ECF No. 17. SO ORDERED.

*[signature]*
September 23, 2021